DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:           631.287.5520
Fax:          631.283.4735
e-Mail:       DavidLopezEsq@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

       Plaintiff,

- against -

COLOMBIA ENERGY RESOURCES,
INC. and LIFE POWER & FUELS, INC.,

       Defendant.
_____/

12 Civil 8690 (Forrest, J)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated:  Southampton, New York
       March 16, 2013

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Katherine B. Forrest, U.S.D.J.
New York, New York
March 18, 2013

1